UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUTHER D. FRAZIER,<br><br>    Petitioner,<br><br>    v.<br><br>P. EATON,<br><br>    Respondent. | No. 2:21-cv-1901 WBS DB P<br><br><br>ORDER |

Petitioner, a state prisoner, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 22, 2022, petitioner voluntarily dismissed the petition. On April 26, 2023, petitioner filed a letter inquiring whether, upon fully exhausting state court remedies, petitioner is to file a new petition or continue to use this case number.

This action was closed on February 24, 2022. Therefore, petitioner cannot file a further petition in this case and instead must file a new application for a writ of habeas corpus which will be assigned a new case number. Petitioner is advised that further documents filed in this closed case will be placed in the file and disregarded. No orders will issue in response to future filings.

Dated: May 10, 2023

DLB7
fraz1901.58

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE